UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Gary Napier
                    Plaintiff,

v.                                       Case No.: 1:25−cv−05908
                                                Honorable John Robert Blakey

Maria Pappas, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2025:

    MINUTE entry before the Honorable John Robert Blakey: In light of Defendants' motions to dismiss [32], [35], [36] Plaintiff shall respond to the motion to dismiss by 9/19/25, and Defendant shall file a reply by 10/3/25. The 9/10/25 Notice of motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.