IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NAPIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARIA PAPPAS, in her official capacity as ) | Case No. 1:25 CV 5908 |
| Treasurer and Ex Officio County Collector ) | |
| of Cook County; MONICA GORDON, in her ) | |
| official capacity as Clerk of Cook County, ) | |
| COOK COUNTY, ILLINOIS, an Illinois ) | |
| political subdivision unit of government; ) | |
| KWAME RAOUL, in his official capacity as ) | |
| Attorney General of the State of Illinois, and ) | |
| DAVID HARRIS, in his official capacity as ) | |
| Director of the Illinois Department of ) | |
| Revenue, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:    Silvia Mercado Masters
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        silvia.mercadomasters@cookcountysao.org

        Michael T. Dierkes
        General Law Bureau
        Government Representation Division
        Office of the Illinois Attorney General
        115 South LaSalle Street
        Chicago, IL 60603
        michael.dierkes@ilag.gov

      You are hereby notified that on the **24th** day of September, 2025 at **11:00 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John Robert Blakey, or any Judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL

60604, or *via* remote means as the Court determines, and then and there present the Plaintiff's Unopposed Motion for Enlargement of Time to File Responses to Motions to Dismiss, filed simultaneously with this Notice.

/s/ David G. Sigale
Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for the Plaintiff, hereby certifies that on September 16, 2025, he served a copy of the above Notice of Motion, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

          /s/ David G. Sigale
          David G. Sigale

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com